## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | **Case No. 1:11-CR-00514-1-RWT** |
| **JOSE JOAQUIN MORALES** | * | |

******

## ORDER APPOINTING COUNSEL

The above entitled individual having been found to be financially unable to obtain counsel and may be entitled to appointment of counsel under the Criminal Justice Act,

**IT IS HEREBY ORDERED**, this 8th day of April, 2022, that

Gary E Proctor is hereby appointed to represent the individual.

/s/
_____

Roger W Titus
UNITED STATES DISTRICT JUDGE

1